DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID C. HILL, AS TRUSTEE OF THE DAVID C. HILL REVOCABLE TRUST U/A/D MAY 6, 1998**, **SARA W. HILL, AS TRUSTEE OF THE SARAH W. HILL REVOCABLE TRUST U/A/D MAY 6, 1998, WILLIAM E. AUSTIN JR.** and **MARGARET AUSTIN, AS TRUSTEES UNDER THE WILLIAM AND MARGARET AUSTIN JR. LIVING TRUST, ROBERT L. FISH, SARAH G. FISH, H. SHIRLEY ROBERTSON, SUSAN GOLDSTONE, AS TRUSTEE OF THE ROBERT A. GOLDSTONE REVOCABLE TRUST UNDER DECLARATION OF TRUST DATED JANUARY 17, 1997, ROBERT J. WEISSMAN** and **LAURA WEISSMAN**, **AS CO-TRUSTEES OF THE ROBERT J. WEISSMAN 1993 REVOCABLE TRUST U/D/T DATED SEPTEMBER 1, 1993, CAROL G. WEISSMAN, AS TRUSTEE OF THE CAROL G. WEISSMAN REVOCABLE TRUST U/D/T DATED APRIL 13, 2004,** and **LORE MORAN DODGE,**
Appellants,

v.

**VERTEX DEVELOPMENT, LLC, HARBOUR RIDGE YACHT AND COUNTRY CLUB, INC.,** and **ST. LUCIE COUNTY,** a political subdivision of the State of Florida,
Appellees.

No. 4D20-2147

[August 4, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Elizabeth A. Metzger, Judge; L.T. Case No. 2019CA001172.

Louis E. Lozeau Jr. of Wright, Ponsoldt & Lozeau Trial Attorneys, L.L.P., Stuart, for appellants.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for appellee Harbour Ridge Yacht and Country Club, Inc., Mary Doty Solik of Doty, Solik Law, P.A., Orlando, for appellee Vertex Development, LLC, and Gregory T. Stewart and Carly J. Schrader of Nabors, Giblin & Nickerson, P.A., Tallahassee, for appellee St. Lucie County, and Daniel S. McIntyre, St. Lucie County Attorney, and Katherine D. Barbieri, Assistant County Attorney, Fort Pierce, for appellee St. Lucie County.

PER CURIAM.

*Affirmed.  See Little Club Condo. Ass'n v. Martin Cnty.*, 259 So. 3d 864 (Fla. 4th DCA 2018).

DAMOORGIAN, KUNTZ, JJ., and FAHNESTOCK, FABIENNE E., Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***